

**U.S. Department of Justice**

*United States Attorney*

*Eastern District of Pennsylvania*

*Direct Dial: (215) 861-8562*
*Facsimile: (215) 861- 8618*
*E-mail Address: lesley.bonney@usdoj.gov*

*615 Chestnut Street*
*Suite 1250*
*Philadelphia, Pennsylvania 19106-4476*
*(215) 861-8200*

January 24, 2023

<u>**VIA EMAIL**</u>
George V. Wylesol
Clerk of Court
United States District Court
For the Eastern District of Pennsylvania
United States Courthouse
Philadelphia, PA 19106

Re:     *United States v. Bhaskar Savani, et al., Crim. No. 23-16*

Dear Mr. Wylesol,

      Please unseal the indictment in the referenced matter. Thank you.

           Sincerely,

           Jacqueline C. Romero
           United States Attorney

           */s Lesley S. Bonney*
           Lesley S. Bonney
           Assistant United States Attorney