IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA    :
                               :           CRIMINAL ACTION
      v.                      :
                               :           No. 23-16
BHASKAR SAVANI, *et al*,      :

**ORDER**

**AND NOW**, this 5th day of September, 2023, upon review of the Government's

letter request, it is hereby **ORDERED** that the Government's response to the Motion to

Dismiss of Defendants Bhaskar, Arun, and Niranjan Savani and Aleksandra Radomiak

shall be filed by September 21, 2023.

**BY THE COURT:**

/s/ Jeffrey L. Schmehl
Jeffrey L. Schmehl, J.