IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | No. 23-16 |
| BHASKAR SAVANI, *et al*, | : | |

## ORDER

**AND NOW**, this 23rd day of May, 2024, upon review of the Motion of Defendants, Bhaskar, Arun and Niranjan Savani and Aleksandra Radomiak to Dismiss Counts 9 through 24 of the Indictment and the Motion of Defendant, Vivek Savani, to Dismiss the Indictment and all opposition and replies thereto, as well as after oral argument being held, it is hereby **ORDERED** as follows:

1. Defendants' "Motion to Dismiss Conspiracy to Commit Health Care Fraud Count Nine and Health Care Fraud Counts Ten Through Twenty-four" (ECF No. 228) is **DENIED**; and

2. Defendant's "Motion to Dismiss Indictment" (ECF No. 273) is **DENIED**.

BY THE COURT:

/s/ Jeffrey L. Schmehl
Jeffrey L. Schmehl, J.