IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL ACTION |
| | : | NO. 23-16 |
| BHASKAR SAVANI, et al. | : | |

## NOTICE

TAKE NOTICE that a DAUBERT <u>MOTIONS HEARING AND ORAL ARGUMENT</u> is set for**, AUGUST 11TH  2025, at 1:30 P.M.** before the Honorable Jeffrey L. Schmehl, in courtroom 5th floor of the Gateway Bldg. 201 Penn Street, Reading P.A.

☐ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☒ **Bail Status:** The defendants are on bail.

☐ **Court Summons:** This Notice serves as a summons to appear in court.  If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** A        interpreter will be required for the defendant.

☐ **Hearing rescheduled from:**

For additional information, please contact the undersigned.

By:      Kenneth Edward Duvak
         Courtroom Deputy to J. Schmehl
         Phone: 610.320.5030

Date:    7/28/2025

cc via email:      Defense Counsel
                   U.S. Attorney's Office
                   Probation Office
                   Pretrial Services


crnotice (July 2021)