IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | No. 23-16 |
| BHASKAR SAVANI, *et al*, | : | |

## ORDER CORRECTING FORM OF INDICTMENT

AND NOW, on this 5th day of August, 2025, upon consideration of the government's motion to correct the form of the indictment and all responses thereto, and the Court having found that the government's proposed correction as to the citation in Count 42 constitutes a typographical change of form but not the substance of the Indictment, and finding that the defendants will not be prejudiced by this change weeks before trial, **IT IS HEREBY ORDERED** that the government's motion is **GRANTED**, and the Clerk of the Court shall substitute the attached corrected Indictment for the Indictment that currently appears on the docket.

BY THE COURT:

_____
Jeffrey L. Schmehl, J.