IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | No. 23-16 |
| BHASKAR SAVANI, *et al*, | : | |

## ORDER

**AND NOW**, this 8th day of January 2026, upon consideration of the Defendants' Motions to Exclude Expert Testimony (ECF Nos. 531, 532 and 533) and the government's Consolidated Response in Opposition thereto, and after holding a Daubert hearing, **IT IS HEREBY ORDERED** that the Defendants Motions (ECF Nos. 531 and 532) are **GRANTED** in part in accordance with the accompanying memorandum as follows:[1]

1. IRS Revenue Agent Rajander West ("SA West") may generally explain criminal money laundering concepts and practices to assist the jury in understanding the complex evidence presented; and

2. SA West may not opine on whether the evidence presented in this case is consistent with money laundering.

BY THE COURT:

/s/ Jeffrey L. Schmehl
**Jeffrey L. Schmehl, J.**

---

[1] As noted in the memorandum, the Court will not rule on Defendants' motion to exclude the expert testimony of Dr. Jon Roxarzade at this time, as the government stated at the Daubert hearing that it will not call him to testify as part of its case-in-chief.