**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL ACTION** |
| **v.** | : | |
| | : | **No. 23-16** |
| **BHASKAR SAVANI, *et al*,** | : | |

## ORDER

**AND NOW**, this 8th day of July, 2026, **IT IS HEREBY ORDERED** that the sentencing hearings scheduled on day 33 of the criminal jury trial (*see* ECF No. 769) for Defendant Bhaskar Savani on July 8, 2026, for Defendant Arun Savani on July 9, 2026, and for Defendant Aleksandra Radomiak on July 14, 2026 are **CANCELLED**. The Court will reschedule the sentencing hearings as well as the forfeiture hearing in a forthcoming order.

**BY THE COURT:**

/s/ Jeffrey L. Schmehl
**Jeffrey L. Schmehl, J.**