## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA
## (PHILADELPHIA DIVISION)

UNITED STATES OF AMERICA,

v.

BHASKAR SAVANI, et al.,

       Defendants.

Case No.: 2:23-CR-00016-JLS

### [_____ ORDER ON MOTION TO MODIFY RELEASE CONDITIONS _____

The request of Bhaskar Savani for a one-day modification of his conditions of release is **GRANTED**. On August 1, 2026, Bhaskar Savani shall be permitted to be outside his residence, at points between his residence and the family event, between the hours of 7:00 a.m. and 10:00 p.m., specifically for the purpose of attending his grandson's first birthday celebration and participating in the family's religious observance. He shall provide the required notice and his exact itinerary to his Pretrial Services Officer and the Government at least five (5) days before the event and shall notify his Pretrial Services Officer before departing his residence and upon his return.

SO ORDERED THIS 27th day of July, 2026.

_____
Hon. Jeffrey L. Schmehl
United States District Judge